# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2223

_____

Chima Iheke

*Plaintiff - Appellant*

v.

Anthony Haynes, Warden, FCI-Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 2, 2014
Filed: December 4, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Chima Iheke appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition for lack of jurisdiction. Following careful review of the record and the parties' briefs, we conclude that the court did not err in dismissing the petition because 28 U.S.C. § 2255 relief is neither inadequate nor ineffective to test the legality of Iheke's detention. <u>See</u> 28 U.S.C. § 2255(e); <u>Hill v. Morrison</u>, 349 F.3d 1089, 1091 (8th Cir. 2003) (de novo review). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).